Michael E. Stern
**RUBIN, FIORELLA, FRIEDMAN**
**& MERCANTE LLP**
630 Third Ave., 3rd Floor
New York, NY 10017
*Attorneys for plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

INTERNATIONAL CARGO LOSS
PREVENTION, INC.,

                Plaintiffs,

           vs.

MEDITERRANEAN SHIPPING COMPANY (USA)
INC. and MEDITERRANEAN SHIPPING
COMPANY S.A.

                Defendants.

------------------------------------------------------------------X

Civil Action No.:

**COMPLAINT**

      Plaintiff, INTERNATIONAL CARGO LOSS PREVENTION, INC. ("ICLP"), by and through its attorneys, RUBIN, FIORELLA, FRIEDMAN & MERCANTE LLP, as and for its complaint against defendants MEDITERRANEAN SHIPPING COMPANY (USA) INC. and MEDITERRANEAN SHIPPING COMPANY S.A. (collectively "defendants") alleges upon information and belief, as follows:

**THE PARTIES**

      1.    ICLP is the insurer and/or agent of the Insurer of a shipment of individually quick frozen shrimp at issue herein, and brings this action on its own behalf and as agent and trustee on behalf of and for the interests of all parties who may be or become interested in the shipment, as their respective interests may ultimately appear, and ICLP is entitled to maintain this action.

2.	At all times hereinafter mentioned, defendant MEDITERRANEAN SHIPPING COMPANY (USA) INC. was and now is a corporation or other business entity organized and existing by virtue of the laws of the State of New York, with an office and principal place of business at 420 5th Avenue, Floor 8, New York, New York, 10018.

3.	At all times hereinafter mentioned, defendant MEDITERRANEAN SHIPPING COMPANY S.A. was and still is a corporation or other business entity organized and existing by virtue of the laws of a foreign country.

4.	Defendants MEDITERRANEAN SHIPPING COMPANY (USA) INC. and MEDITERRANEAN SHIPPING COMPANY S.A. were and still are doing business within the jurisdiction of this Honorable Court as common carriers and/or bailees of merchandise for hire in interstate and international commerce.

5.	This is an admiralty and maritime dispute within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and within this Court's admiralty jurisdiction pursuant to Article III, Section 2 of the Constitution of the United States and 28 U.S.C. 1333.

6.	This Court has jurisdiction over this action pursuant to 28 U.S.C. 1333, as the case arises out of a contract for the shipment of goods in overseas commerce.

7.	Defendants' agreed to extend plaintiff's time for filing this Complaint for Damages until February 15, 2023.

8.	On or about July 29, 2021, Devi Sea Food Limited. delivered to defendants for good and valuable consideration, a shipment of 3400 Cartons of Indian Origin Farm raised individually quick frozen raw headless Vannamei Shrimp in "PORTICO CLASSIC" brand packing ("frozen shrimp"), in good condition, valued at approximately $172,566.00 (the

"shipment"), suitable in every respect for the intended transit which shipment defendants received, accepted, and agreed to transport on July 29, 2021.

9. MEDITERRANEAN SHIPPING COMPANY S.A. issued Sea Waybill No. MEDUMQ297290 on July 29, 2021 for carriage from Ennore, India to Chicago, Illinois of 3400 Cartons of frozen shrimp.

10. On or about September 15, 2021, the shipment was delivered in a damaged condition.

11. By reason of the premises, defendants breached, failed, and violated the contract of carriage and their duties and obligations as common carriers and/or bailees by negligently maintaining the temperature of the shipment, and by failing to perform their services in a proper, and workmanlike manner, and breached their express and implied warranties of workmanlike service.

12. Plaintiff has duly performed all duties and obligations on its party to be performed.

13. By reason of the premises, ICLP has sustained damages or nearly as same now can be estimated, no part of which has been paid, although duly demanded, in the amount of $119,736.00.

**WHEREFORE**, plaintiff respectfully requests as follows:

a. That a judgment be entered in its favor and against defendants in the amount of $119,736.00, with interest, attorney fees and the costs and disbursements of this action; and

b. For such other, additional, and further relief the Court deems just and equitable.

Dated: New York, New York
February 15, 2023                    **RUBIN, FIORELLA, FRIEDMAN**

**& MERCANTE LLP**
*Attorneys for Plaintiff*

By: _____
Michael E. Stern
630 Third Avenue, 3rd Floor
New York, NY 10017
Tel: 212-953-2381
Fax: 212-953-2462
E-Mail: mstern@rubinfiorella.com