UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL CARGO LOSS PREVENTION INC., <br><br> Plaintiff, <br><br> -against- <br><br> MEDITERRANEAN SHIPPING COMPANY (USA) INC. and MEDITERRANEAN SHIPPING COMPANY S.A., <br><br> Defendants. | 23-CV-1312 (JGLC) <br><br> **NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including ECF No. 22. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: July 25, 2023
       New York, New York

                                                    SO ORDERED.

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge